**N.C. FARM BUREAU MUT. INS. CO. v. CULLY'S MOTORCROSS PARK, INC.**

[366 N.C. 379 (2012)]

|  |  |  |
|---|---|---|
| THE NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY | ) ) ) ) | |
| v. | ) ) | From Wilson County |
| CULLY'S MOTORCROSS PARK, INC. and LAURIE VOLPE | ) ) ) | |

No. 243P12

## ORDER

The motion titled "Motion of the North Carolina Association of Defense Attorneys to File Amicus Curiae Brief," filed 15 June 2012, is dismissed without prejudice to the movants' right to file a motion for leave to file an amicus curiae brief if the Court allows discretionary review in the underlying matter.

By order of the Court in Conference, this 12th day of December, 2012.

s/Jackson, J.
For the Court